UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GLENN DAMOND (#394537)                              CIVIL ACTION

VERSUS

CITY OF BATON ROUGE, ET AL.                   NO. 22-00490-BAJ-RLB

RULING AND ORDER

Plaintiff, an inmate currently confined at the Catahoula Correctional Center in Harrisonburg, Louisiana, has now submitted his *eighth* lawsuit challenging the conditions of his pretrial detention at the East Baton Rouge Parish prison from December 2019 to January 2021. All of Plaintiff's prior lawsuits have been dismissed—four voluntarily, one as duplicative, one for failure to state a claim, and one at summary judgment. Notably, on January 3, 2022, the U.S. Court of Appeals for the Fifth Circuit dismissed Plaintiff's appeal of one of these earlier lawsuits as frivolous, expressly warning Plaintiff that **"any pending or future frivolous or repetitive filings in this court or any court subject to this court's jurisdiction may subject him to additional sanctions."** *Damond v. Gautreaux, et al.*, No. :20-cv-00550-JWD-RLB, Doc. 40 at p. 3 (emphasis added).

Disregarding this warning, Plaintiff initiated this action on July 18, 2022, retreading essentially the same ground as his seven prior lawsuits. (Doc. 1). Pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, the Magistrate Judge has now issued a **Report and Recommendation (Doc. 6, the "R&R")**, recommending that Plaintiff's renewed federal claims be dismissed as malicious, because they are

duplicative of failed claims asserted in Plaintiff's prior lawsuits, and further recommending that the Court decline to exercise supplemental jurisdiction over any potential state law claims. (*Id.*). Plaintiff objects to the R&R. (Doc. 7).

Upon de novo review, the Court **APPROVES** the R&R and **ADOPTS** it as the Court's opinion in this matter. Accordingly,

**IT IS ORDERED** that Plaintiff's federal claims be and are hereby **DISMISSED WITH PREJUDICE** as malicious pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's potential state law claims.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 7th day of March, 2023

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**